DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. SMITH

No. 521A01

Case below: 146 N.C. App. 1

Motion by Attorney General for temporary stay allowed 18 September 2001.

STATE v. SNIPES

No. 423P01

Case below: 144 N.C. App. 451

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals dismissed 4 October 2001.

STATE v. STEPHENSON

No. 426P01

Case below: 144 N.C. App. 465

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 4 October 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001.

STATE v. WARD

No. 158A92-8

Case below: Pitt County Superior Court

Motion by defendant to set aside execution date (motion for stay) denied 13 September 2001. Petition by defendant for writ of prohibition denied 13 September 2001.

STATE v. WHITE

No. 94A94-4

Case below: Mecklenburg County Superior Court

Petition by defendant for writ of certiorari to review the order of Superior Court, Mecklenburg County, denied 20 August 2001. Motion by defendant for stay of execution of judgment denied 20 August 2001. (See also White v. Easley, infra)